# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Age Reversal Unity

_____

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

New York University,Cornell University,

Fordham University,Columbia University,Pace
University,Baruch College,City College of New
York,Cornell University, Hostos Community College,
Lehman College

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes    ☑ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Right to Life (5th and 14th Amendments)

Equal Protection Clause (14th Amendment)

Breach of Public Trust


## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                              (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Age Reversal Unity | | Age Reversal Unity |
|---|---|---|
| First Name | Middle Initial | Last Name |
| 1321 Upland DR, PMB 18311 | | |
| Street Address | | |
| Harris County, Houston | Texas | 77043 |
| County, City | State | Zip Code |
| 2132226113 | aliafshar2019a@gmail.com | |
| Telephone Number | Email Address (if available) | |

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

New York University                 New York University

First Name                                  Last Name

Current Job Title (or other identifying information)
70 Washington Square South

Current Work Address (or other address where defendant may be served)
New York, New York              New York              10012

County, City                                  State                    Zip Code

Defendant 2:

Cornell University              Cornell University

First Name                                  Last Name

Visitor Relations Martin Y. Tang Welcome Center 616 Thurston Ave. Ithaca, NY

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
Tompkins County, Ithaca          New York              14853

County, City                                  State                    Zip Code

Defendant 3:

Fordham University              Fordham University

First Name                                  Last Name

Current Job Title (or other identifying information)
Administration Building Room 111, 441 East Fordham Road, Bronx, New York

Current Work Address (or other address where defendant may be served)
New York, Bronx                    New York              10458

County, City                                  State                    Zip Code

| Defendant 4: | Columbia University | Columbia University |  |
|---|---|---|---|
| | First Name | Last Name | |

Current Job Title (or other identifying information)

412 Low Memorial Library, 535 West 116th Street

Current Work Address (or other address where defendant may be served)

| New York, New York | New York | 10027 |
|---|---|---|
| County, City | State | Zip Code |

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  New York

Date(s) of occurrence:  Since the establishment of the universities to June/19/2024

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

FACTUAL ALLEGATIONS

Immortality, as evidenced by the biological phenomenon observed in the "immortal jellyfish" (Turritopsis dohrnii), represents a pinnacle of evolutionary achievement and a potential future for humanity.

Despite significant public interest and scientific inquiry into the mechanisms of biological immortality, Defendants have failed to establish academic programs dedicated to the study and advancement of human immortality.

Plaintiff contends that the establishment of an undergraduate degree program in immortality would significantly contribute to the advancement of human knowledge and well-being, potentially leading to breakthroughs in age reversal, genetic engineering, and other related fields.

Defendants' refusal to create such a program constitutes a failure to fulfill their obligations to society and discriminates against the fundamental human right to life and the pursuit of immortality.

CLAIMS FOR RELIEF

First Cause of Action Violation of the Right to Academic Freedom and Advancement

Defendants' refusal to establish an undergraduate degree program in immortality violates the principle of academic freedom and the societal obligation of universities to advance human knowledge and well-being.

Second Cause of Action Declaratory Relief

Plaintiff seeks a declaratory judgment that Defendants are obligated to establish an undergraduate degree program in immortality to fulfill their societal obligations and to advance the fundamental human right to life.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

a. For a declaratory judgment that Defendants are obligated to establish an undergraduate degree program in immortality;

b. For an injunction compelling Defendants to establish an undergraduate degree

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| June/19/2024 | | | *[signature]* |
|---|---|---|---|
| Dated | | | Plaintiff's Signature |
| Ali | | | Afshar Shandiz |
| First Name | Middle Initial | | Last Name |
| 1321 Upland DR, PMB 18311 | | | |
| Street Address | | | |
| Harris County, Houston | | Texas | 77043 |
| County, City | | State | Zip Code |
| 213-222-6113 | | | aliafshar2019a@gmail.com |
| Telephone Number | | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.