**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AGE REVERSAL UNITY,

                Plaintiff,

-against-                                                                                         24 **CIVIL** 4808 (MMG)

                                                                         **JUDGMENT**

NEW YORK UNIVERSITY, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 24, 2024, and because Plaintiff Age Reversal Unity cannot appear pro se, and Ali Afshar, who is not an attorney, cannot represent an entity, the Court has dismissed this action. All other pending matters in this case are terminated. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is hereby entered.

**Dated:**  New York, New York
            July 24, 2024

                                                                              **DANIEL ORTIZ**
                                                                         **Acting Clerk of Court**

                                              **BY:**  *K. Mango*

                                                                           **Deputy Clerk**